# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-cr-1369-JO |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER OF RESTITUTION |
| ALI TAROKH, | |
| Defendant. | |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663(a)(1)(A) and 3663(a)(3), Defendant Ali Tarokh (hereinafter "Defendant") shall pay restitution in the amount of **$273.32** as a result of Defendant's conviction for counterfeiting U.S. currency, in violation of 18 U.S.C. § 471. Restitution shall be paid to the victim, A.T.

2. In the restitution addendum to the plea agreement, Defendant agreed to pay restitution in the amount of $238.32 to A.T. In the Pre-Sentence Report, at paragraph 33, U.S. Probation confirmed Defendant agreed to pay A.T. restitution in the amount of $238.32. At sentencing, the United States requested the amount of restitution be increased by $35.00 to account for fees that A.T. paid to replace the U.S. passport that was found in Defendant's custody. Defendant's counsel has indicated that he does not oppose this increase. Therefore, the Court is ordering Defendant to pay restitution in the amount of **$273.32.**

3. Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution in the full amount of **$273.32** no later than July 31, 2023.

5. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

6. Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

> Clerk of the Court
> United States District Court
> Southern District of California
> 333 West Broadway, Suite 420
> San Diego, CA 92101

7. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

8. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

DATED: 6/3/23

HON. JINSOOK OHTA
United States District Judge